IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SHAQUILLE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 325-083 |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 9th day of October, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE